```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 03949
    FRANCIS NETTEY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7793


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 02/03/04 and confirmed on 02/28/05.

    2.   The case was converted to Chapter 7 after confirmation, 03/08/2007.

    3.   The Debtor paid a total of $  45258.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
PROGRESSIVE CREDIT UNION   SECURED            55818.00      14346.30     20840.73
HOMECOMINGS FINANCIAL      CURRENT MORTG          .00           .00          .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE       810.90           .00       810.90
INTERNAL REVENUE SERVICE   PRIORITY            253.64           .00          .00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED         .00          .00
BEST BUY                   UNSECURED         NOT FILED         .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          2071.80          .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED          4298.49          .00          .00
B LINE LLC                 UNSECURED           650.07          .00          .00
FIRST NATIONAL BANK OF O   UNSECURED         NOT FILED         .00          .00
FIRST BANK                 UNSECURED         NOT FILED         .00          .00
FIRST BANK                 UNSECURED         NOT FILED         .00          .00
GATEWAY RETAIL SERVICES    UNSECURED         NOT FILED         .00          .00
HSBC                       UNSECURED         NOT FILED         .00          .00
MARSHALL FIELD & COMPANY   UNSECURED         NOT FILED         .00          .00
MOTOROLA CREDIT UNION      SECURED               .00           .00          .00
SHERMAN ACQUISITION LTD    UNSECURED         NOT FILED         .00          .00
B FIRST LLC                UNSECURED          3174.48          .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          7615.12          .00          .00
RJM ACQUISITIONS LLC       UNSECURED           268.05          .00          .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC   UNSECURED          1218.72          .00          .00
MOTOROLA CREDIT UNION      UNSECURED          4640.16          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  56628.90      253.64     23936.89          .00      80819.43
```

```
PRINCIPAL PAID           21651.63              .00              .00              .00        21651.63
INTEREST PAID            14346.30              .00              .00              .00        14346.30
TOTAL PAID               35997.93              .00              .00              .00        35997.93
```

The Debtor's attorney, SUSAN G CASTAGNOLI            , was allowed $   9057.50 and was paid $   1756.00  direct and $   7301.50  through the plan.

The Trustee received $   1958.57 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/27/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE