## DISPOSITION OF ESTATE PROPERTY

**EXHIBIT B**

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 04-03949 BB | Trustee: | (330480) DEBORAH K. EBNER |
|---|---|---|---|
| Case Name: | NETTEY, FRANCIS | Filed (f) or Converted (c): | 03/08/07 (c) |
| | | $341(a) Meeting Date: | 04/26/07 |
| Period Ending: | 12/31/08 | Claims Bar Date: | 07/30/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Taxi Medallion #139STX (See Footnote) | 80,000.00 | 60,000.00 | | 105,000.00 | FA |
| 2 | Taxi Medallion 1007TX | 80,000.00 | 60,000.00 | | 120,000.00 | FA |
| 3 | Household Gooods | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CDs | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Pension Plans and Profit Sharing | 70,000.00 | 0.00 | | 0.00 | FA |
| 7 | Automobiles | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 117.32 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $238,800.00 | $120,000.00 | | $225,117.32 | $0.00 |

RE PROP# 1    Bid deposit only - total bid = $100,000.00 with purchaser to pay transfer taxes up to $5,000.00

**Major Activities Affecting Case Closing:**

Trustee conducted auction sale of taxi medallion. Bid accepted and approved by the court. Closing will take place 1/08

Printed: 10/30/2008 01:53 PM    V.10.54