0UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **Francis Nettey,** ) | Case No. 04-03949 BWB | |
| ) | | |
| Debtor(s). ) | Hon. **BRUCE W. BLACK** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Will County Court Annex, 57 North Ottawa Street, Joliet IL 60432, Room 201

    On:  **January 16, 2009**         Time:  **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $225,117.32 |
    | Disbursements | $80,647.86 |
    | Net Cash Available for Distribution | $144,469.46 |

   4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Deborah K. Ebner, Trustee | | $11,484.71 | $49.30 |
| Popowcer Katten, Ltd., *Trustee's Accountant (Other Firm)* | 0.00 | $1,008.00 | 0.00 |
| Law Office of Deborah K. Ebner | $10,000.00 | $0.00 | $1,145.83 |
| *Trustee's Attorneys Hearing November 21, 2008 (Trustee's* | 0.00 | $33,318.50 | $701.21 |

*Firm)*
| | | | |
|---|---|---|---|
| IDOR, Estate Income Taxes | $1,852.00 | 0.00 | 0.00 |
| IRS, Estate Income Taxes | $5,064.00 | 0.00 | 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The unsecured dividend is anticipated to be 100.00%, plus interest at 1.43%:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. In addition to fees and expenses listed above as may be allowed by the Court, priority claims totaling $218.37 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%, plus interest at 1.3%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 17b | Department of the Treasury- Internal Revenue Service | $218.37 | $233.71 |

7. Claims of general unsecured creditors totaling $34,806.01, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus 1.43%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | RJM Acquisition LLC assignee of | $268.05 | $286.88 |
| 000002 | Homecomings Financial Network. | $0.00 | $0.00 |
| 000003 | Portfolio Recovery Associations , LLC | $7,615.12 | $8,150.05 |
| 000004 | B-First LLC | $0.00 | $0.00 |
| 000005 | B-First LLC | $4,298.49 | $4,600.44 |
| 000006 | Progressive Credit Union | $0.00 | $0.00 |
| 000007 | B-Line LLC Cross Country Bank | $650.07 | $695.74 |
| 000008 | B-First LLC | $3,174.48 | $3,397.48 |
| 000009 | eCast Settlement Corporation assignee of | $0.00 | $0.00 |
| 000010 | Dept. of the Treasury - IRS | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 000011 | eCast Settlement Corporation assignee of | $2,071.80 | $2,217.34 |
| 000013 | Portfolio Recovery Associations , LLC | $1,930.99 | $2,066.63 |
| 000014 | Portfolio Recovery Associates , LLC | $1,218.72 | $1,304.33 |
| 000015 | Portfolio Recovery Associates , LLC | $4,786.45 | $5,122.68 |
| 000016 | eCast Settlement Corporation assignee of | $865.33 | $926.12 |
| 000017U | Dept. of the Treasury - IRS | $35.29 | $37.77 |
| 000018 | LVNV Funding LLC | $3,251.06 | $3,479.43 |
| 000012 | Motorola Credit Union | $4,640.16 | $4,640.16 |
| 000019 | Progressive Credit Union | $0.00 | $0.00 |
| | Surplus Nettey, Francis | $60,096.57 | $60,096.57 |

Proposed dividends are approximations. Actual dividends may differ due to interest Accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.


Dated: **December 19, 2008**              For the Court,


                                      By:   **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            CLERK OF BANKRUPTCY COURT
                                            219 South Dearborn Street, 7th Floor
                                            Chicago, IL  60604

Trustee:     Deborah Kanner Ebner
             Law Offices of Deborah Kanner Ebner
Address:     11 East Adams Street
             Suite 800
             Chicago, IL  60603-0000
Phone No.:   (312) 922-3838