0UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **Francis Nettey,** | ) | Case No. 04-03949 BWB |
| | ) | |
| Debtor(s). | ) | Hon. **BRUCE W. BLACK** |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

> At: Will County Court Annex, 57 North Ottawa Street, Joliet IL 60432, Room 201
>
> On: **January 16, 2009**        Time: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---:|
| Receipts | $225,117.32 |
| Disbursements | $80,647.86 |
| Net Cash Available for Distribution | $144,469.46 |

   4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Deborah K. Ebner, Trustee | | $11,484.71 | $49.30 |
| Popowcer Katten, Ltd., *Trustee's Accountant (Other Firm)* | 0.00 | $1,008.00 | 0.00 |
| Law Office of Deborah K. Ebner | $10,000.00 | $0.00 | $1,145.83 |
| *Trustee's Attorneys Hearing November 21, 2008 (Trustee's* | 0.00 | $33,318.50 | $701.21 |

*Firm)*
IDOR, Estate Income Taxes            $1,852.00            0.00            0.00
IRS, Estate Income Taxes             $5,064.00            0.00            0.00

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The unsecured dividend is anticipated to be 100.00%, plus interest at 1.43%:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| none | | | |

6. In addition to fees and expenses listed above as may be allowed by the Court, priority claims totaling $218.37 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%, plus interest at 1.3%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 17b | Department of the Treasury-Internal Revenue Service | $218.37 | $233.71 |

7. Claims of general unsecured creditors totaling $34,806.01, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus 1.43%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | RJM Acquisition LLC assignee of | $268.05 | $286.88 |
| 000002 | Homecomings Financial Network. | $0.00 | $0.00 |
| 000003 | Portfolio Recovery Associations, LLC | $7,615.12 | $8,150.05 |
| 000004 | B-First LLC | $0.00 | $0.00 |
| 000005 | B-First LLC | $4,298.49 | $4,600.44 |
| 000006 | Progressive Credit Union | $0.00 | $0.00 |
| 000007 | B-Line LLC Cross Country Bank | $650.07 | $695.74 |
| 000008 | B-First LLC | $3,174.48 | $3,397.48 |
| 000009 | eCast Settlement Corporation assignee of | $0.00 | $0.00 |
| 000010 | Dept. of the Treasury - IRS | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 000011 | eCast Settlement Corporation assignee of | $2,071.80 | $2,217.34 |
| 000013 | Portfolio Recovery Associations , LLC | $1,930.99 | $2,066.63 |
| 000014 | Portfolio Recovery Associates , LLC | $1,218.72 | $1,304.33 |
| 000015 | Portfolio Recovery Associates , LLC | $4,786.45 | $5,122.68 |
| 000016 | eCast Settlement Corporation assignee of | $865.33 | $926.12 |
| 000017U | Dept. of the Treasury - IRS | $35.29 | $37.77 |
| 000018 | LVNV Funding LLC | $3,251.06 | $3,479.43 |
| 000012 | Motorola Credit Union | $4,640.16 | $4,640.16 |
| 000019 | Progressive Credit Union | $0.00 | $0.00 |
| | Surplus Nettey, Francis | $60,096.57 | $60,096.57 |

Proposed dividends are approximations.  Actual dividends may differ due to interest Accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, Dirksen Federal Courthouse, 219 South Dearborn, 7th Floor, Chicago, IL  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposes to abandon the following property at the hearing: None.


Dated: **December 19, 2008**                    For the Court,


                                    By:   **KENNETH S. GARDNER**
                                          Kenneth S. Gardner
                                          CLERK OF BANKRUPTCY COURT
                                          219 South Dearborn Street, 7th Floor
                                          Chicago, IL  60604

| | |
|---|---|
| Trustee: | Deborah Kanner Ebner |
| | Law Offices of Deborah Kanner Ebner |
| Address: | 11 East Adams Street |
| | Suite 800 |
| | Chicago, IL  60603-0000 |
| Phone No.: | (312) 922-3838 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 19, 2008
Case: 04-03949                 Form ID: pdf002              Total Served: 70

The following entities were served by first class mail on Dec 21, 2008.
db           +Francis Nettey,    381 Stafford Court,    Bolingbrook, Il 60440-2126
aty          +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
               Chicago, IL 60603-6324
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
               Chicago, IL 60603-6324
aty          +Susan G Castagnoli,    Law Offices of Susan G. Castagnoli  P C,    1119 N  Washington St,
               Naperville, IL 60563-2766
tr           +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,   Chicago, IL 60603-6324
7788281      +Advocate Christ Medical Center,     P O Box 70508,   Chicago, Il 60673-0001
7788282      +Advocate Home Care Products,    28511 Network Place,    Chicago, IL 60673-1285
7788283      +Advocate Medical Group,    P O Box 92523,    Chicago, Il 60675-0001
7788284       Allied Interstate Inc,    P O Box 581427,    Minneapolis, MN 55458-1427
7788362      +American General Finance,    7412 N Western Ave,    Chicago,IL 60645-1730
7788285      +Arrow Financial Services,    c/o Blatt Hasenmiller et al,    2 N Lasalle St Ste 900,
               Chicago, Il 60602-4059
7730806       Associate Area Counsel, SB/SE,    Internal Revenue Service / Suite 2300,    200 West Adams Street,
               Chicago, IL 60606-5208
7788286       Bankfirst Action Card,    P O Box 5159,    Sioux Falls, SD 57117-5159
7788363      +Best Buy,   c/o Household Bank,    P O Box 6985,    Bridgewater, NJ 08807-0985
7799674      +CACV MBNA IRU M,    CACV of Colorado,    370 Seventeenth Street Ste 5000,    Denver, CO 80202-5690
7788315       CRA,   4505 N Front St,    P O Box 67555,    Harrisburg, PA 17106-7555
7788287      +Cab Services Inc,    60 BArney Drive,    Joliet, Il 60435-6402
11297222     +Chase NA,    4915 Independence,    Tampa, FL 33634-7518
7788365      +Citi Cards,    P O Box 6241,    Sioux Falls, SD 57117-6241
7788288      +City of Joliet Municipal Services,     150 W Jefferson St,    Joliet, Il 60432-4158
7788289      +Collection Company of America,    P O Box 608,    Tinley Park, Il 60477-0608
7788290      +Com ED,    attn Bankruptcy Dept,    72 W Adams,    Chicago, IL 60603-5107
7788291      +Computer Credit Inc,    Claim Dept 002890,    640 W Fourth Street,    P O Box 5238,
               Winston-Salem, NC 27113-5238
11297223     +Cross Country Bank,    Dispute Department,    PO Box 310711,    Boca Raton, FL 33431-0711
7788292      +Dialamerica Marketing,    960 Macarthur Blvd,    Mahwah, NJ 07495-0094
7788293       Direct Tv,    P O Box 78627,    Phoenix, AZ 85062-8627
7788294      +Dupage Radiologists SC,    P O Box 70,    Hinsdale, Il 60522-0070
7788296      +ER Solutions Inc,    500 SW 7th St #a100,    P O Box 9004,    Renton, WA 98057-9004
7788295      +Enhanced Recovery Corporation,     10550 Deerwood Park Rd,    Ste 600,   Jacksonville, FL 32256-2811
7788273      +FCNB Master Trust Service,    c/o FNBO,    1620 Dodge Street,    Omaha, NE 68197-0003
7788274      +First USA Bank,    P O Box 8650,    Wilmington, DE 19899-8650
7788297      +Future Diagnostics Group,    254 Republic Ave,    Joliet, IL 60435-6518
7788275      +Gateway CBUSA NA,    P O Box 7038,    Sioux Falls, SD 57117-7038
7788298      +Harris & Harris Ltd,    600 W Jackson Blvd Ste 700,    Chicago, Il 60661-5629
7730808       HomeComings Financial Network Bank One,     National Association as Trustee,    P O Box 939072,
               San Diego, CA 92193-9072
7854792       Homecomings Financial,    P O Box 939072,    San Diego, CA 92193-9072
7788276      +Household Bank,    P O Box 15524,    Wilmington, DE 19850-5524
7788299      +ICS,   P O Box 646,    Oak Lawn, Il 60454-0646
7730809     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
7730807     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    D. Patrick Mullarkey - Tax Division (DOJ),
               P.O. Box 55,    Ben Franklin Station (2),    Washington, DC 20044)
11297233    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,
               230 S Dearborn Street,    Chicago, IL 60604)
7730812      +Internal Revenue Service,    United States Attorney,    219 South Dearborn Street,
               Chicago, IL 60604-1708
7788301      +James F Soltes DDS Ltd,    8260 W 95th Street,    Hickory Hills, Il 60457-3801
7788302       MCI,    P O Box 5211,   New York, NY 10087-5211
7788277      +Marshall Fields,    c/o Dayton Hudson,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
7788278       Marshall Fields Credit 741,    c/o Dayton Hudson Corp Guest Credit,
               Mail Stop #3C-K 3701 Wayzata Blvd,    Minneapolis, MN 55416
7788303      +Medical Recovery Specialists Inc,     2350 E Devon Ave Ste 225,    Des Plaines, Il 60018-4602
7788304      +Midwest Anesthesiologists,    185 Penny Ave,    East Dundee, Il 60118-1454
7788279      +Motorola Employees Credit Union,     1205 E Algonquin Road,    Schaumburg, Il 60196-1065
7788305      +Oberweis Dairy,    951 Ice Cream Drive,    North Aurora, Il 60542-1475
7788306      +Osi Collection Service,    P O Box 959,    Brookfield, WI 53008-0959
11378078     +Portfolio Recovery Associates, LLC.,     POB 41067,   NORFOLK VA 23541-1067
10851377     +Portfolio Recovery Associations, LLC,     Walmart,   P O Box 41067,    Norfolk  VA 23541-1067
7788307      +Praire Emergency Services,    P O Box 2669,    Joliet, Il 60434-2669
7788308      +Progress Energy,    P O Box 33199,    St Petersburg, FL 33733-8199
7912580      +Progressive Credit Union,    John O Noland Jr Attorney at Law,    79 W Monroe,
               Chicago, Il 60603-4901
7730811      +Progressive Credit Union,    John Noland Jr,    79 W Monroe S 823,    Chicago, Il 60603-4919
7788309      +Provena ST Joseph Medical Center,     333 North Madison Street,    Joliet, Il 60435-8233
7782692      +RJM Acquisition LLC assignee of,     First Consumers Natl Bank Spiegel,
               575 Underhill Blvd Ste 224,    Syosset, NY 11791-3416
7788310      +RMA,    1500 Commerce Dr,    Mendota Heights, Il 55120-1023
7788311       SBC Ameritech,    Bill Payment Center,    Chicago, Il 60663-0001
7788312       Sunrise Credit Services Inc,    2174 Jackson Ave,    Seaford, NY 11783-2608
7788313      +Village of Hinsdale,    Dept 2N,    P O Box 457,   Wheeling, Il 60090-0457
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2               Date Rcvd: Dec 19, 2008
Case: 04-03949                Form ID: pdf002          Total Served: 70
```

11398720      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,    Newark NJ 07193-5480
7788364       eCast Settlement Corporation assignee of,   Chase Manhattan Bank USA NA,   Becket and Lee LLp,
              P O Box 35480,    Newark, NJ 07193-5480
7788300       +lL Bone & Joint Center,    135 S Lasalle Dept 1052,    Chicago, Il 60674-0001

The following entities were served by electronic transmission on Dec 20, 2008.
7788280       +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 20 2008 01:38:16      B-First LLC,
              Mail Stop 550,    2101 Fourth Avenue Ste 900,    Seattle, WA 98121-2339
7788272       +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Dec 20 2008 01:38:16
              B-Line LLC Cross Country Bank,    c/o Weinstein Treiger & Riley PS,    2101 Fourth Ave Ste 900,
              Seattle, WA 98121-2339
11470199      E-mail/Text: resurgentbknotifications@resurgent.com                     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11297235      +E-mail/Text: resurgentbknotifications@resurgent.com                    Sherman Acquisitions,
              PO Box 10584,    Greenville, SC 29603-0584
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11297219      Motorola Credit Union,    Grochinski
7730810*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
12808919*     +Motorola Employees' Credit Union,    1205 E. Algonquin Road,    Schaumburg, IL 60196-1065
                                                                                             TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**          **Signature:**     _Joseph Speetjens_