# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NETTEY, FRANCIS                                             Case No. 04-03949
                                                                   Chapter   7
_____,
                          Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:  $71,200.00 |
| Total Distribution to Claimants: $84,317.21 | Claims Discharged Without Payment: $12,015.55 |
| Total Expenses of Administration: $69,734.12 | |

3) Total gross receipts of $ 225,156.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 71,104.84 (see **Exhibit 2**), yielded net receipts of $154,051.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $41,000.00 | $162,706.99 | $51,670.99 | $51,670.99 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 68,622.59 | 71,586.12 | 69,734.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 472.01 | 218.37 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,619.12 | 48,779.16 | 37,304.77 | 32,646.22 |
| **TOTAL DISBURSEMENTS** | $81,619.12 | $280,580.75 | $160,780.25 | $154,051.33 |

    4) This case was originally filed under Chapter 13 on February 03, 2004 and it was converted to Chapter 7 on March 08, 2007. The case was pending for 86 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2011          By: /s/DEBORAH K. EBNER
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Taxi Medallion #139STX | 1129-000 | 105,000.00 |
| Taxi Medallion 1007TX | 1129-000 | 120,000.00 |
| Interest Income | 1270-000 | 156.17 |
| **TOTAL GROSS RECEIPTS** | | **$225,156.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NETTEY, FRANCIS | Final Distribution - Return to Mr. Nettey - Surplus | 8200-002 | 66,317.20 |
| NETTEY, FRANCIS | Per Order of October 22, 2010 | 8200-002 | 4,787.64 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$71,104.84** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Progressive Credit Union | 4110-000 | 40,000.00 | 55,818.00 | 0.00 | 0.00 |
| 19 | Progressive Credit Union | 4210-000 | N/A | 55,218.00 | 0.00 | 0.00 |
| NOTFILED | Motorola Credit Union | 4110-000 | 1,000.00 | N/A | N/A | 0.00 |
| | Progressive Credit Union | 4210-000 | N/A | 42,886.62 | 42,886.62 | 42,886.62 |
| | Progressive Credit Union | 4210-000 | N/A | 8,784.37 | 8,784.37 | 8,784.37 |
| **TOTAL SECURED CLAIMS** | | | **$41,000.00** | **$162,706.99** | **$51,670.99** | **$51,670.99** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 11,484.71 | 11,484.71 | 11,484.71 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 49.30 | 138.58 | 138.58 |
| Department of the Treasury | 2690-000 | N/A | 0.00 | 5,064.00 | 5,064.00 |
| Illinois Department of Revenue | 2690-000 | N/A | 0.00 | 1,852.00 | 0.00 |
| Law Office Deborah K. Ebner | 3110-000 | N/A | 33,318.50 | 29,276.75 | 29,276.75 |
| Law Office of Deborah K. Ebner | 3120-000 | N/A | 701.21 | 701.21 | 701.21 |
| Popowcer Katten | 3410-000 | N/A | 1,008.00 | 1,008.00 | 1,008.00 |
| International Sureties | 2300-000 | N/A | 23.57 | 23.57 | 23.57 |
| Chicago Dept. of Revenue | 2500-000 | N/A | 9,008.44 | 9,008.44 | 9,008.44 |
| Consumer Services | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Dept. of Consumer Service | 2500-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Dept. of Consumer Services | 2500-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Dept. of Consumer Services | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| Dept. of Consume Services | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| Federal Express | 2500-000 | N/A | 28.86 | 28.86 | 28.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 68,622.59 | 71,586.12 | 69,734.12 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 253.64 | 0.00 | 0.00 |
| 17P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 218.37 | 218.37 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 472.01 | 218.37 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RJM Acquisition LLC assignee of | 7100-000 | N/A | 268.05 | 268.05 | 268.05 |
| 1I | RJM Acquisition LLC assignee of | 7990-000 | N/A | 19.12 | 19.12 | 19.12 |
| 2 | HomeComings Financial Network Bank One | 7100-000 | N/A | 8,183.87 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associations, LLC | 7100-000 | 7,615.12 | 7,615.12 | 7,615.12 | 7,615.12 |
| 3I | Portfolio Recovery Associations, LLC | 7990-000 | N/A | 543.29 | 543.29 | 543.29 |
| 4 | B-First LLC | 7100-000 | N/A | 1,218.72 | 0.00 | 0.00 |
| 5 | B-First LLC | 7100-000 | 4,298.00 | 4,298.49 | 4,298.49 | 0.00 |
| 5I | B-First LLC | 7990-000 | N/A | 306.67 | 306.67 | 0.00 |
| 7 | B-Line LLC Cross Country Bank | 7100-000 | 650.00 | 650.07 | 650.07 | 650.07 |
| 7I | B-Line LLC Cross Country Bank | 7990-000 | N/A | 46.38 | 46.38 | 46.38 |
| 8 | B-First LLC | 7100-000 | 3,661.00 | 3,174.48 | 3,174.48 | 3,174.48 |
| 8I | B-First LLC | 7990-000 | N/A | 226.48 | 226.48 | 226.48 |
| 9 | eCast Settlement Corporation assignee of | 7100-000 | N/A | 2,071.80 | 0.00 | 0.00 |
| 11 | eCast Settlement Corporation assignee of | 7100-000 | 2,072.00 | 2,071.80 | 2,071.80 | 2,071.80 |
| 11I | eCast Settlement Corporation assignee of | 7990-000 | N/A | 147.81 | 147.81 | 147.81 |
| 12 | Motorola Employees Credit Union | 7100-000 | 4,640.00 | 4,640.16 | 4,640.16 | 4,640.16 |
| 12I | Motorola Employees Credit Union | 7990-000 | N/A | 331.04 | 331.04 | 331.04 |
| 13 | Portfolio Recovery Associations, LLC | 7100-000 | N/A | 1,930.99 | 1,930.99 | 1,930.99 |
| 13I | Portfolio Recovery Associations, LLC | 7990-000 | N/A | 137.76 | 137.76 | 137.76 |
| 14 | Portfolio Recovery Associates, LLC. | 7100-000 | 1,165.00 | 1,218.72 | 1,218.72 | 1,218.72 |
| 14I | Portfolio Recovery Associates, LLC. | 7990-000 | N/A | 86.95 | 86.95 | 86.95 |
| 15 | Portfolio Recovery Associates, LLC. | 7100-000 | 5,986.00 | 4,786.45 | 4,786.45 | 4,786.45 |
| 15I | Portfolio Recovery Associates, LLC. | 7990-000 | N/A | 341.48 | 341.48 | 341.48 |
| 16 | eCAST Settlement Corporation assignee of - eCAST | 7100-001 | N/A | 865.33 | 865.33 | 865.33 |
| 16I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 61.74 | 61.74 | 61.74 |
| 17U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 35.29 | 35.29 | 0.00 |
| 18 | LVNV Funding LLC | 7100-000 | 3,175.00 | 3,251.06 | 3,251.06 | 3,251.06 |
| 18I | LVNV Funding LLC | 7990-000 | N/A | 231.94 | 231.94 | 231.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17PI | Department of the Treasury-Internal Revenue | 7990-000 | N/A | 15.58 | 15.58 | 0.00 |
| 17UI | Department of the Treasury-Internal Revenue | 7990-000 | N/A | 2.52 | 2.52 | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Acquisitions | 7100-000 | 4,299.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy c/o Household Bank | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Marshall Fileds c/o Dayton Hudson | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 7100-000 | 531.00 | N/A | N/A | 0.00 |
| NOTFILED | Gateway CBUSA N.A. | 7100-000 | 516.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Acquisitions | 7100-000 | 1,213.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 40,619.12 | 48,779.16 | 37,304.77 | 32,646.22 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-03949  
**Case Name:** NETTEY, FRANCIS  

**Period Ending:** 04/14/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/08/07 (c)  
**§341(a) Meeting Date:** 04/26/07  
**Claims Bar Date:** 07/30/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Taxi Medallion #139STX  (See Footnote) | 80,000.00 | 60,000.00 | | 105,000.00 | FA |
| 2  Taxi Medallion 1007TX | 80,000.00 | 60,000.00 | | 120,000.00 | FA |
| 3  Household Gooods | 500.00 | 0.00 | | 0.00 | FA |
| 4  Books, CDs | 100.00 | 0.00 | | 0.00 | FA |
| 5  Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6  Pension Plans and Profit Sharing | 70,000.00 | 0.00 | | 0.00 | FA |
| 7  Automobiles | 8,000.00 | 0.00 | | 0.00 | 0.00 |
| 8  Household Goods and Furnishings<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9  Household Goods and Furnishings<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10  Household Goods and Furnishings<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11  Record, Tape, & Compact Disc.<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12  Record, Tape, & Compact Disc.<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13  Record, Tape, & Compact Disc.<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14  Wearing Apparel<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15  Wearing Apparel<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16  Wearing Apparel<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17  401k<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18  401k<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19  401k<br>    DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-03949  
**Case Name:** NETTEY, FRANCIS  

**Period Ending:** 04/14/11

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/08/07 (c)  
**§341(a) Meeting Date:** 04/26/07  
**Claims Bar Date:** 07/30/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | 1996 Ford Grand Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | 1996 Ford Grand Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | 1996 Ford Grand Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23 | 2 - 2001 Crown Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24 | 2 - 2001 Crown Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | 2 - 2001 Crown Victoria<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26 | two taxi medalions<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 27 | two taxi medalions<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28 | two taxi medalions<br>DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 156.17 | FA |
| 29 | Assets    Totals (Excluding unknown values) | **$238,800.00** | **$120,000.00** | | **$225,156.17** | **$0.00** |

RE PROP# 1    Bid deposit only - total bid = $100,000.00 with purchaser to pay transfer taxes up to $5,000.00

---

**Major Activities Affecting Case Closing:**

    Final Account being prepared

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009    **Current Projected Date Of Final Report (TFR):**    December 5, 2008  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-03949 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | NETTEY, FRANCIS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****41-65 - Money Market Account |
| Taxpayer ID #: | **-***0676 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/16/07 | {1} | Abdul Dada | bid deposit fpr taxi medaliion #1395TX | 1129-000 | 20,000.00 | | 20,000.00 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.99 | | 20,003.99 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.18 | | 20,014.17 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.15 | | 20,023.32 |
| 02/05/08 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-03949 | 2300-000 | | 23.57 | 19,999.75 |
| 02/25/08 | | SWC Chapter | Balance of gross sale proceeds medallion 1395 | | 27,104.94 | | 47,104.69 |
| | {1} | Abdul Q. Dada | Balance of gross sale proceeds medallion 1395    85,000.00 | 1129-000 | | | 47,104.69 |
| | | Progressive Credit Union | Payoff Medallion    -42,886.62 | 4210-000 | | | 47,104.69 |
| | | Chicago Dept. of Revenue | closing costs    -9,008.44 | 2500-000 | | | 47,104.69 |
| | | Consumer Services | closing costs    -1,000.00 | 2500-000 | | | 47,104.69 |
| | | Dept. of Consumer Service | Transfer fee    -5,000.00 | 2500-000 | | | 47,104.69 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.84 | | 47,109.53 |
| 03/25/08 | {2} | Transit Funding Associates, LLC | Deposit of Mike Rosenstein for medallion #2 - see revisedagreement 3/24/08 | 1129-000 | 20,000.00 | | 67,109.53 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.30 | | 67,118.83 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.36 | | 67,128.19 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.40 | | 67,136.59 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.53 | | 67,145.12 |
| 07/10/08 | | MJL1 LLC | Balance of proceeds from sale of medallion 1007 | | 84,186.77 | | 151,331.89 |
| | {2} | | Balance of proceeds from sale of medallion 1007    100,000.00 | 1129-000 | | | 151,331.89 |
| | | Progressive Credit Union | Payoff of medallion 1007    -8,784.37 | 4210-000 | | | 151,331.89 |
| | | Dept. of Consumer Services | Closing Cost--transfer tax    -6,000.00 | 2500-000 | | | 151,331.89 |
| | | Dept. of Consumer Services | Closing Cost--renewal fee (2006)    -500.00 | 2500-000 | | | 151,331.89 |
| | | Dept. of Consume Services | Closing cost--renewal fee (2007)    -500.00 | 2500-000 | | | 151,331.89 |
| | | Federal Express | Messenger--payoff to Progressive    -28.86 | 2500-000 | | | 151,331.89 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 15.78 | | 151,347.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 17.99 | | 151,365.66 |
| 09/25/08 | | To Account #********4166 | transfer funds to pay taxes due | 9999-000 | | 7,000.00 | 144,365.66 |

Subtotals :    $151,389.23    $7,023.57

{} Asset reference(s)

Printed: 04/14/2011 11:54 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 04-03949 | | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| **Case Name:** | NETTEY, FRANCIS | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****41-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0676 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/14/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.80 | | 144,385.46 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 15.74 | | 144,401.20 |
| 11/21/08 | 1002 | Law Office Deborah K. Ebner | Interim Fee Award per Order of 11/21/08 | 3110-000 | | 20,000.00 | 124,401.20 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 11.08 | | 124,412.28 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.82 | | 124,421.10 |
| 01/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 3.21 | | 124,424.31 |
| 01/17/09 | | To Account #********4166 | transfer to checking to close | 9999-000 | | 124,424.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 151,447.88 | 151,447.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 131,424.31 | |
| | | | **Subtotal** | | 151,447.88 | 20,023.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$151,447.88** | **$20,023.57** | |

{} Asset reference(s)

Printed: 04/14/2011 11:54 PM  V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-03949  
**Case Name:** NETTEY, FRANCIS  
**Taxpayer ID #:** **-***0676  
**Period Ending:** 04/14/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****41-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/08 | | From Account #********4165 | transfer funds to pay taxes due | 9999-000 | 7,000.00 | | 7,000.00 |
| 09/25/08 | 101 | Department of the Treasury | US Income tax 9/2008 | 2690-000 | | 5,064.00 | 1,936.00 |
| 09/25/08 | 102 | Illinois Department of Revenue | Illinois Fiduciary tax 9/2008 | 2690-000 | | 1,852.00 | 84.00 |
| 11/28/08 | | DANIEL W. Hynes, Comptroller | Illinois Fiduciary tax refund | 2690-000 | | -1,852.00 | 1,936.00 |
| 01/17/09 | | From Account #********4165 | transfer to checking to close | 9999-000 | 124,424.31 | | 126,360.31 |
| 01/29/09 | 103 | RJM Acquisition LLC assignee of | Final Distribution | 7100-000 | | 268.05 | 126,092.26 |
| 01/29/09 | 104 | RJM Acquisition LLC assignee of | Interest on Final Distribution | 7990-000 | | 19.12 | 126,073.14 |
| 01/29/09 | 105 | Portfolio Recovery Associates, LLC | Final Distribution | 7100-000 | | 7,615.12 | 118,458.02 |
| 01/29/09 | 106 | Portfolio Recovery Associates, LLC | Interest on Final Distribution | 7990-000 | | 543.29 | 117,914.73 |
| 01/29/09 | 107 | B-First LLC | Final Distribution - THIS DISTRIBUTION WAS RETURNED TO TRUSTEE BY CREDITOR ON 5/18/09 | 7100-000 | | 4,298.49 | 113,616.24 |
| 01/29/09 | 108 | B-First LLC | Interest on Final Distribution - THIS DISTRIBUTION WAS RETURNED TO TRUSTEE BY CREDITOR ON 8/27/09 | 7990-000 | | 306.67 | 113,309.57 |
| 01/29/09 | 109 | B-Line LLC Cross Country Bank | Final Distribution | 7100-000 | | 650.07 | 112,659.50 |
| 01/29/09 | 110 | B-Line LLC Cross Country Bank | Interest on Final Distribution | 7990-000 | | 46.38 | 112,613.12 |
| 01/29/09 | 111 | B-First LLC | Final DIstribution - 100% | 7100-000 | | 3,174.48 | 109,438.64 |
| 01/29/09 | 112 | B-First LLC | Interest on Final Distribution | 7990-000 | | 226.48 | 109,212.16 |
| 01/29/09 | 113 | eCast Settlement Corporation assignee of | Final Distribution | 7100-000 | | 2,071.80 | 107,140.36 |
| 01/29/09 | 114 | eCast Settlement Corporation assignee of | Interest on Final Distribution | 7990-000 | | 147.81 | 106,992.55 |
| 01/29/09 | 115 | Motorola Employees Credit Union | Final Distribution | 7100-000 | | 4,640.16 | 102,352.39 |
| 01/29/09 | 116 | Motorola Employees Credit Union | Interest on Final Distribution | 7990-000 | | 331.04 | 102,021.35 |
| 01/29/09 | 117 | Portfolio Recovery Associates, LLC | Final Distribution | 7100-000 | | 1,930.99 | 100,090.36 |
| 01/29/09 | 118 | Portfolio Recovery Associates, LLC | Interest on Final Distribution | 7990-000 | | 137.76 | 99,952.60 |
| 01/29/09 | 119 | Portfolio Recovery Associates, LLC. | Final Distribution | 7100-000 | | 1,218.72 | 98,733.88 |
| 01/29/09 | 120 | Portfolio Recovery Associates, LLC. | Interest on Final Distribution | 7990-000 | | 86.95 | 98,646.93 |
| 01/29/09 | 121 | Portfolio Recovery Associates, LLC. | Final Distribution | 7100-000 | | 4,786.45 | 93,860.48 |
| 01/29/09 | 122 | Portfolio Recovery Associates, LLC. | Interest on Final Distribution | 7990-000 | | 341.48 | 93,519.00 |
| 01/29/09 | 123 | eCAST Settlement Corporation assignee of | Final Distribution | 7100-001 | | 865.33 | 92,653.67 |
| 01/29/09 | 124 | eCAST Settlement Corporation | Interest on Final Distribution | 7990-000 | | 61.74 | 92,591.93 |

Subtotals : $131,424.31  $38,832.38

{} Asset reference(s)

Printed: 04/14/2011 11:54 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 04-03949  
**Case Name:** NETTEY, FRANCIS  
**Taxpayer ID #:** **-***0676  
**Period Ending:** 04/14/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****41-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | assignee of | | | | | |
| 01/29/09 | 125 | Department of the Treasury-Internal Revenue Service | Final Distribution Voided on 01/26/10 | 7100-000 | | 35.29 | 92,556.64 |
| 01/29/09 | 126 | LVNV Funding LLC | Final Distribution | 7100-000 | | 3,251.06 | 89,305.58 |
| 01/29/09 | 127 | LVNV Funding LLC | Interest on Final Distribution | 7990-000 | | 231.94 | 89,073.64 |
| 01/29/09 | 128 | Department of the Treasury-Internal Revenue Service | Interest on Final Distribution Voided on 01/26/10 | 7990-000 | | 15.58 | 89,058.06 |
| 01/29/09 | 129 | Department of the Treasury-Internal Revenue Service | Interest on Final Distribution Voided on 01/26/10 | 7990-000 | | 2.52 | 89,055.54 |
| 01/29/09 | 130 | DEBORAH K. EBNER, Trustee | Per Order of 1/16/09 | 2100-000 | | 11,484.71 | 77,570.83 |
| 01/29/09 | 131 | DEBORAH K. EBNER, Trustee | Per Order of 1/16/09 | 2200-000 | | 49.30 | 77,521.53 |
| 01/29/09 | 132 | Popowcer Katten | Per Order of 1/16/09 | 3410-000 | | 1,008.00 | 76,513.53 |
| 01/29/09 | 133 | Law Office Deborah K. Ebner | Per Order of 1/28/09 | 3110-000 | | 9,276.75 | 67,236.78 |
| 01/29/09 | 134 | Law Office of Deborah K. Ebner | Perr Order of 1/28/09 | 3120-000 | | 701.21 | 66,535.57 |
| 01/29/09 | 135 | Department of the Treasury-Internal Revenue Service | Final Distribution Voided on 01/26/10 | 5800-000 | | 218.37 | 66,317.20 |
| 01/29/09 | 136 | NETTEY, FRANCIS | Final Distribution - Return to Mr. Nettey - Surplus | 8200-002 | | 66,317.20 | 0.00 |
| 05/18/09 | | Bankruptcy Admin. SVC, LLC | B-Line, LLC states that is does not own this claim and returned the disbursement issued on check #107 | 7100-000 | | -4,298.49 | 4,298.49 |
| 08/27/09 | | B-First LLC | B-Line claims this is not there claim & returned disbursement issued on check #108 | 7990-000 | | -306.67 | 4,605.16 |
| 01/26/10 | 125 | Department of the Treasury-Internal Revenue Service | Final Distribution Voided: check issued on 01/29/09 | 7100-000 | | -35.29 | 4,640.45 |
| 01/26/10 | 128 | Department of the Treasury-Internal Revenue Service | Interest on Final Distribution Voided: check issued on 01/29/09 | 7990-000 | | -15.58 | 4,656.03 |
| 01/26/10 | 129 | Department of the Treasury-Internal Revenue Service | Interest on Final Distribution Voided: check issued on 01/29/09 | 7990-000 | | -2.52 | 4,658.55 |
| 01/26/10 | 135 | Department of the Treasury-Internal Revenue Service | Final Distribution Voided: check issued on 01/29/09 | 5800-000 | | -218.37 | 4,876.92 |
| 04/20/10 | | Wire out to BNYM account 9200******4166 | Wire out to BNYM account 9200******4166 | 9999-000 | -4,876.92 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 126,547.39 | 126,547.39 | $0.00 |
| | | | Less: Bank Transfers | | 126,547.39 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 126,547.39 | |
| | | | Less: Payments to Debtors | | | 66,317.20 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$60,230.19** | |

{} Asset reference(s)                 Printed: 04/14/2011 11:54 PM   V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-03949  
**Case Name:** NETTEY, FRANCIS

**Taxpayer ID #:** **-***0676  
**Period Ending:** 04/14/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******41-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4166 | Wire in from JPMorgan Chase Bank, N.A. account ********4166 | 9999-000 | 4,876.92 | | 4,876.92 |
| 10/25/10 | 10137 | DEBORAH K. EBNER, Trustee | Per Order entered 10/22/2010 | 2200-000 | | 89.28 | 4,787.64 |
| 10/25/10 | 10138 | NETTEY, FRANCIS | Per Order of October 22, 2010 | 8200-002 | | 4,787.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,876.92** | **4,876.92** | **$0.00** |
| | | | Less: Bank Transfers | | 4,876.92 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **4,876.92** | |
| | | | Less: Payments to Debtors | | | 4,787.64 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$89.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****41-65** | 151,447.88 | 20,023.57 | 0.00 |
| **Checking # ***-*****41-66** | 0.00 | 60,230.19 | 0.00 |
| **Checking # 9200-******41-66** | 0.00 | 89.28 | 0.00 |
| | $151,447.88 | $80,343.04 | $0.00 |

{} Asset reference(s)

Printed: 04/14/2011 11:54 PM V.12.56